gr

RICHARD G. HILL, ESQ.
State Bar No. 596
CASEY D. BAKER, ESQ.
State Bar No. 9504
RICHARD G. HILL, CHARTERED
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS F. ("TIM") FODOR,                    )
                                            )     Case No.: 3:10-cv-798-RCJ-VPC
                Plaintiff,                  )
                                            )
v.                                          )
                                            )
JOHN DOE, a fictitious Defendant a.k.a.     )
TAZMANIAN 353 a.k.a. TAZ whose              )
identity is not verified; PHILLIP           )
MAURICE HICKS a.k.a. MARTY HICKS            )
a.k.a. TAZMANILAN353 a.k.a. TAZ, et al.     )
                                            )
                Defendants.                 )
_____)

## VOLUNTARY DISMISSAL

Plaintiff, THOMAS F. FODOR, by and through his counsel, RICHARD G. HILL,

ESQ., and RICHARD G. HILL, CHARTERED, voluntarily dismisses this case pursuant to

FRCP 41(a)(1)(i). No defendant has filed an answer or motion for summary judgment in

this case.

### AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain

the social security number of any person.

ORDER

IT IS SO ORDERED.

DATED: This 17th day of October, 2011.

_____

ROBERT C. JONES

LAW OFFICE
RICHARD  G.  HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858